**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
<u>**SOUTHERN DIVISION**</u>

In the Matter of:                                                     In Bankruptcy

**COMPORT, JEAN**

                                                             Case No. 10-66197 PJS
                                                             Chapter 7
             Debtor                                 Hon. Phillip J. Shefferly
_____/

<u>**NOTICE OF UNCLAIMED DIVIDENDS**</u>

TO:     THE CLERK OF THE COURT

      The attached check in the amount of $60,395.93 represents the total sum of unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347. The name and address of the Party entitled to these unclaimed dividends is as follows:

| <u>CREDITOR NAME</u> | <u>CLAIM NO.</u> | **AMOUNT OF** <u>DIVIDEND</u> |
|---|---|---|
| 1.   Jean Comport<br>2604 Rochester Rd. #4<br>Royal Oak, MI 48073 | Surplus fund | 60,395.93 |
| | TOTAL: | $60,395.93 |

Dated: <u>April 19, 2012</u>

                                           <u>/s/ K. Jin Lim, Trustee</u>
                                           176 S. Harvey Street
                                           Suite 1
                                           Plymouth, MI 48170
                                           (734) 416-9420
                                           kjinlimtrustee@comcast.net